**SEALED**

**FILED**

February 11, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____M. Ramirez_____
DEPUTY

## AFFIDAVIT IN SUPPORT OF COMPLAINT

**7:25-MJ-042**

1.      I, Rylie Grizzle, am a Special Agent ("SA") with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), assigned to the Dallas Field Division, Lubbock Field Office, and have been so employed since July 2022.  I am a graduate of the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, as well as the ATF Special Agent Basic Training Academy at the ATF National Academy, where I have received law enforcement training as well as extensive training and law enforcement experience in the identification of firearms and offenses involving the use and possession of firearms. Before I was a Special Agent with ATF, I was a probation officer with the Maricopa County Adult Probation Department for approximately four years.  With the Maricopa County Adult Probation Department, I attended the Adult Probation Department Training Academy where I received extensive training pertaining to state policies and laws for supervised release. I am graduate of Northern Arizona University where I received my Bachelor of Science in Criminal Justice Degree. In addition to my degree, I received certifications for specialty programs in Victim Services/ Assistance, Justice in Politics, Media and Popular Culture, and Southwest and Native American Justice. Because this affidavit is submitted for the limited purpose of establishing probable cause, I have not included each and every fact known by me in the investigation. More specifically, I have set forth only the pertinent facts that I believe are necessary to establish probable cause.

2.      As a federal law enforcement officer, I have received specialized training regarding the investigation and enforcement of federal firearms violations and have conducted investigations regarding individuals involved in illegal firearms activities. That your Affiant makes this

statement based on my own investigation, records review, interviews, and information provided by other law enforcement officers to your affiant.

3.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. Section 933(a) – Firearms Trafficking, deceiving the FFL as to a fact material to the lawfulness of the sale of the firearm therefore in violation of Title 18, United States Code Section 922(a)(6), and 18 U.S.C. Section 371-Conspiracy, are being committed by Alex Manuel.

5.      As a federal law enforcement officer, I have received specialized training regarding the investigation and enforcement of federal firearms violations and have conducted investigations regarding individuals involved in illegal firearms activities. That your Affiant makes this statement based on my own investigation, records review, interviews, and information provided by other law enforcement officers to your affiant.

6.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C. Section 933(a) – Firearms Trafficking, deceiving the FFL as to a fact material to the lawfulness of the sale of the firearm therefore in violation of Title 18, United States Code Section 922(a)(6), and 18 U.S.C. Section 371-Conspiracy, are being committed by Alex Manuel.

## CHARACTERISTICS OF FIREARMS TRAFFICKING

7.      As a result of investigating firearms trafficking in the Western District of Texas, your Affiant has knowledge of common firearm trends and indicators of firearm trafficking.  During Affiant's investigations, your Affiant routinely review the target's purchase history, employment

history, the funds utilized to purchase large amounts of firearms in a short amount of time, and the types of firearms purchased. When an individual purchases the same type of firearm (make, model and caliber) it is indicative of firearms trafficking or dealing firearms without a license. Individuals who are prohibited from owning firearms or trying to mask the destination of the firearms typically employ "straw purchasers" to purchase firearms.  These individuals, while knowing it is a crime to buy a firearm for someone else, may not ultimately know the destination of the firearm.  Straw purchasers typically have little to no firearms purchase history, lack the available cash funds/employment to support the cost of purchasing firearms, and lack the ability to recall basic firearms knowledge when interviewed.

8.      While investigating firearms trafficking your Affiant has learned firearms trafficking trends and tendencies.  While investigating firearms trafficking your Affiant works numerous leads and has become acquainted in firearms trafficking trends along the Southwest border.

9.      Based on your Affiants training and experience, as well as based upon interviews with defendants, informants, cooperators including information gathered during proffers at the conclusion of investigations your Affiant has learned and witnessed participants in firearm-related criminal activity who possess, acquire or maintain firearms, whether prohibited or not, employ electronic communication via text message, photographs, notes, email, internet, and social media to facilitate and conspire in certain activities, to include the research of firearms, the location of Federal Firearms Licensees (FFL), instructions on how to purchase a firearm and the movement of funds between the involved parties.

**JURISDICTION**

10.    This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711.  18 U.S.C. §§ 2703(a), (b)(1)(A), & (c)(1)(A).  Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

**PROBABLE CAUSE**

11.    Your Affiant and other ATF SAs are aware of a firearm trafficking and straw purchase conspiracy that began on or about the month of September 2023, and continued through at least on or about February of 2024, involving Jose Carlos Guardado ("GUARDADO"), Enrique Salazar ("SALAZAR") and Alex Manuel ("MANUEL") and others known and unknown. The conspirators are believed to have straw purchased and/or trafficked or purchased with the intent to traffic a minimum of five firearms: **(1)** a Barrett semi-automatic rifle model M82A1 chambered in 50BMG ending in serial number 6670 (manufactured in Tennessee) purchased by MANUEL on or about September 27, 2023 completed on or about September 29, 2023 in Midland, Texas; **(2)** a Barrett semi-automatic rifle model M82A1 chambered in 50BMG ending in serial number 6833 (manufactured in Tennessee) purchased by GUARDADO on or about November 1, 2023 with the transfer completed on or about November 3, 2023, in Midland, Texas; **(3)** a Barrett semi-automatic rifle model M82A1 chambered in 50BMG ending in serial number 7212 (manufactured in Tennessee) purchased by GUARDADO on or about December 28, 2023 with the transfer completed on or about January 02, 2024 in Los Fresnos, Cameron County, Texas; **(4)** an Ohio Gunworks belt fed semi-automatic firearm chambered in 50BMG ending in serial number 0549 (manufactured in Ohio) purchased by MANUEL on or about January 12, 2024 with the transfer completed on or about January 21, 2024 in Los Fresnos,

Cameron County, Texas; and **(5)** a Big Kahuna Industries model Raptor 50-upper receiver, bolt action, chambered in 50 BMG ending in serial number 0151 (manufactured in Florida) purchased by MANUEL on or about November 21, 2023 with the transfer completed on or about February 28, 2024, in Midland, Texas and intercepted and seized by ATF SAs that same day.

12.     On December 19, 2024, an ATF Nexus Expert reviewed each of the listed firearm's state of origin and confirmed the Barrett Model M82A1s were manufactured in the state of Tennessee, the Ohio Gun Works Model M2-SLR was manufactured in the state of Ohio, and the Big Kahuna Model Raptor 50 was manufactured in the state of Florida, each firearm thereby entered the state of Texas (and was ordered from funds provided within the Western District of Texas) via shipping in interstate or foreign commerce.

13.     On or about September 27, 2023, MANUEL purchased a semi-automatic firearm online from a Federal Firearm's Licensee ("FFL") named Magnum Ballistics (hereinafter "MAGNUM-FFL") located in the state of Michigan. The firearm purchased was a Barrett model M82A1 semi-automatic rifle chambered in 50BMG ending in serial number: 6670. MANUEL utilized a Chase bank account to make the purchase and paid approximately $9,370 and requested the firearm be shipped to an FFL named Ally Outdoors located at 201 Spring Park Drive, Midland, TX, (hereinafter "ALLY-FFL"). On or about September 29, 2023, MANUEL went to ALLY-FFL and completed the transfer of the firearm. MANUEL filled out ATF form 4473 and avowed that he was the purchaser of the firearm and that he was not purchasing the firearm for anyone else. MANUEL paid the approximately $35 transfer fee and took possession of the firearm. MANUEL also purchased a box of 50BMG ammunition for $126.99. A review of phone tolls showed that MANUEL was in phone contact with SALAZAR on September 29 and September 30, 2023.

14.    On or about July 4, 2024, the Barrett rifle ending in serial number 6670 purchased by MANUEL was recovered in the country of Mexico.

15.    On or about November 1, 2023, GUARDADO purchased the second firearm: a semi-automatic firearm online from MAGNUM-FFL. The firearm purchased was a Barrett model M82A1 semi-automatic rifle chambered in 50BMG ending in serial number 6833. GUARDADO paid approximately $9,375.00 for the firearm, and requested the weapon be shipped ALLY-FFL in Midland, Texas.  On November 3, 2023, GUARDADO's location data showed GUARDADO traveling from SALAZAR's residence to an area in close proximity to MANUEL's residence. GUARDADO then leaves the area of MANUEL's residence, traveled within Midland, TX, then returned to the area of MANUEL's residence. GUARDADO then left the area of MANUEL's residence and traveled to Ally Outdoors, where the first Barrett was received.

16.    Your affiant and other law enforcement later spoke with ALLY-FFL employees and learned the following: on or about November 3, 2023, GUARDADO arrived at ALLY-FFL to complete the purchase of the Barrett ending in serial number 6833. GUARDADO was unable to pay the $37.89 transfer fee on the firearm. Per ALLY-FFL employees, GUARDADO then used a dark colored cell phone to make a series of calls in the Spanish language. After a period of time, GUARDADO used a debit card to complete the $37.89 transfer fee. While completing ATF form 4473, GUARDADO provided an address of 915 E 88th Street, Odessa, Ector County, Texas and supplied documents showing that address as his current residence. In form 4473, GUARDADO avowed that he was the actual purchaser of the firearm and that he was not purchasing the firearm for anyone else.

17.    A review of ALLY-FFL surveillance video showed that GUARDADO arrived at ALLY-FFL as the front passenger in a white Ford pickup truck. The vehicle had red and white reflective

tape on or near the vehicle's tailgate, in the bed of the pickup was a green/grey in color cooler and a tool box on the driver's side. GUARDADO exited the front passenger seat and entered ALLY-FFL. SAs were unable to identify the vehicle's driver, as the driver remained in the vehicle during the duration of the transfer. Upon completion of the transfer, GUARDO exited ALLY-FFL with the firearm and re-entered the vehicle's front passenger seat and the vehicle departed ALLY-FFL.

18.     During the investigation, ATF SA's met with a witness who first met GUARDADO in March of 2022 at a rehabilitation program. The witness advised that GUARDADO had left the program in July of 2022. The witness told ATF SA's that he had stayed in touch with GUARDADO since that period of time. The witness supplied ATF SA's with communications between the witness and GUARDADO. On or about October 21, 2023, shortly before GUARDADO ordered the Barrett ending in 6833 from MAGNUM-FFL, GUARDADO messaged the witness asking to borrow money stating: "I don't have not even a penny with me, things haven't been so good for me lately." The witness advised that GUARDADO had stated he was trying to move back to Odessa, Texas, and was trying to board a bus to Odessa, but that he did not have enough money to pay for all of his luggage. The witness then showed ATF SA's a CashApp transaction wherein the witness had sent GUARDADO approximately $50 to help GUARDADO pay for the luggage on his bus trip to Odessa. Further, the witness showed ATF SA's a message from GUARDADO that occurred on or about October 24, 2023, in which GUARDADO stated that GUARDADO's "cousin" had "a job for him." (A review of GUARDADO's work history via Texas Work Force Commission found no employment for GUARDADO in 2023).

19.     During the investigation, law enforcement obtained records for GUARDADO's CashApp account. Records showed that on November, 3, 2023 (the date GUARDADO completed the transfer for the Barrett ending in serial number: 6833), SALAZAR used CashApp to transfer to GUARDADO the funds necessary to pay the transfer fee ($37, $1, $11, and $10). Law enforcement reviewed more of GUARDADO's financial records and determined that on or about October 23, 2023 (10 days before completing the transfer for the Barrett ending in 6833), a man later determined to be Alex Manuel ("MANUEL") used CashApp to send GUARDADO $100 with the memo line: "welcome aboard." On October 24, 2023, SALAZAR used CashApp to send GUARDADO $250. (This is the same date that GUARDADO had stated his "cousin" had "a job for him"). On or about October 25, 2023, MANUEL used CashApp to send GUARDADO $250. On or about October 28, 2023, GUARDO opened a Chase bank account. On November 3, 2023, the same day of the completed transfer of the Barrett ending in 6833, GUARDO changed his Texas Driver's License address to 915. E. 88th Street, Odessa, Texas.

20.     While further reviewing GUARDADO's bank and CashApp records, law enforcement observed a significant amount of money being sent to GUARDADO via three transactions that occurred between October 27, 2023, through October 28, 2023. The records showed that a CashApp account belonging to MANUEL's wife sent GUARDADO approximately $1,400, a CashApp account used by SALAZAR sent approximately $3,000; and a CashApp account used by MANUEL sent GUARDADO approximately $5,000. This sum totaled just over the approximately $9,400 needed by GUARDADO to order the Barrett rifle ending in 6833.

21.      On two occasions ATF SAs have traveled to SALAZAR's address located at 915 E. 88th Street in Odessa, Texas. While at the location ATF SAs have interviewed both SALAZAR and SALAZAR's wife. SALAZAR's wife has advised that at no point has GUARDADO lived in

their home. SALAZAR stated that he knew GUARDADO and had allowed GUARDADO to use SALAZAR's address to receive mail. At the residence, ATF SAs have observed what is believed to be the same white Ford pickup truck used to drive GUARDADO to and from ALLY-FFL on November 3, 2023.

22.     On or about December 27, 2023, GUARDADO purchased the third firearm: a semi-automatic rifle purchased from MAGNUM-FFL. The firearm purchased was a Barrett model M82A1 semi-automatic rifle chambered in 50BMG ending in serial number: 7217. GUARDADO had the firearm shipped to an FFL named Corvus Arms ("CORVUS") located in Los Fresnos, Texas. CORVUS is located approximately seventeen (17) miles from a United States/Mexico Port of Entry. On January 2, 2023, GUARDADO entered CORVUS and paid the transfer of $55.88 using a debit card. GUARDADO filled out ATF form 4473 and listed his address as 915 E. 88th Street, Odessa, Texas and avowed that he was purchaser of the firearm and was not purchasing the firearm for anyone else.

23.     A review of phone tolls showed that on from December 27 2023 thru January 02, 2024 GUARDADO communicated with SALAZAR over 40 times. Law enforcement reviewed records that showed that on January 02, 2024, GUARDADO flew from Midland, Texas to Harlingen, Texas via ticket purchased on a card belonging to SALAZAR. Upon arrival in Harligen, Texas, GUARDADO utilized Uber to travel to CORVUS-FFL. After the purchase, GUARDADO utilized Uber to travel to a U-Haul storage facility located about the 2400 block of Boca Chica Blvd. in Brownsville, Texas. Your Affiant has learned that both SALAZAR and MANUEL maintained storage units at this U-Haul facility. Records showed that shortly thereafter, GURADADO crossed as a pedestrian from the United States into Mexico and returned shortly thereafter as a pedestrian back into the United States. That same day, January 02,

2024, GUARDADO then flew back from Harligen, Texas, to Midland, Texas via airplane but had no luggage on the return flight.

24.     On June 22, 2024, the Barrett rifle ending in serial number: 7217 purchased by GUARDADO was recovered in the County of Mexico.

25.     On or about January 12, 2024, MANUEL purchased the fourth firearm. On this date, MANUEL entered CORVUS-FFL in Los Fresnos, Texas and purchased an Ohio Gun Works model M-2SLR belt fed semi-automatic rifle chambered in 50BMG ending in serial number: 0549. MANUEL paid the approximately $18,768.42 partly in cash and partly on a card. While filling out ATF form 4473, MANUEL avowed he was the sole purchaser of the firearm and that he was not purchasing the firearm for anyone else.

26.     On or about November 21, 2023, MANUEL ordered a Big Kahuna Industries model Raptor bolt action upper receiver chambered in 50BMG bearing serial number ending in: 0151. MANUEL used a Visa card and paid approximately $1995 and requested the upper receiver be shipped to ALLY-FFL in Midland, Texas. (Because the upper receiver is for a bolt action, it is considered a firearm under federal law and must be transferred to an FFL). On or about February 28, 2024, MANUEL arrived at ALLY-FFL to complete the transfer. MANUEL filled out ATF form 4473 and avowed that he was sole purchaser of the firearm and that he not purchasing the firearm for anyone else.

27.     After paying the transfer fee, MANUEL exited ALLY-FFL with the firearm and was met by ATF SAs who identified themselves. MANUEL agreed to speak with the ATF SAs. (The following conversation is not verbatim). During the conversation, MANUEL claimed that he was currently undergoing significant financial difficulties, and that his family was unaware that he

had recently filed in December of 2023 for Chapter 13 bankruptcy. MANUEL admitted to purchasing 8 separate firearms from September 2023 up to the date of the interview. MANUEL stated he had sold several firearms to help pay off debts. MANUEL described the Big Kahuna for which he had just paid approximately $1,995 as "a poor man's gun." MANUEL explained that the Big Kahuna can be mounted onto an AR-15 lower receiver, and with a few minor upgraded components, can transform the rifle into a bolt action 50 caliber rifle. When asked about the Barrett model M82A1 that MANUEL had purchased in September of 2023, MANUEL stated the Barrett was "gone", and that he had sold the Barrett to a man in Wink, Texas for a profit of $100. When asked about the Ohio Gun Works model M-2SLR belt fed semi-automatic rifle (for which MANUEL had paid approximately $18,768.42), MANUEL claimed he had never fired the weapon, and ended up selling the weapon to a male he had met at a firearm range in Midland, Texas. MANUEL claimed the man purchased the M-2SLR from MANUEL with approximately $18,000 cash that the man had in his pickup truck. for approximately $18,000 cash. MANUEL denied purchasing firearms for the purpose of reselling them. MANUEL claimed to still own several of the 8 firearms he had purchased since September of 2023, however, ATF SAs observed that of the 8 firearms purchased, the firearms commonly trafficked to Drug Trafficking Organizations were, per MANUEL, no longer in his possession. ATF SAs then informed MANUEL that they were seizing the Big Kahuna model Raptor.

28.    ATF SAs conducted a review of MANUEL's past eight firearm purchases. ATF SAs discovered that since September of 2023 to February of 2024, MANUEL has spent approximately $34,897.39 on eight firearms. A review of phone tolls showed that on the day before, day of, or day after three of MANUEL's eight firearm purchases, MANUEL was in contact with SALAZAR. MANUEL has also had phone contacts with GUADARDO.

29.     On or about November 3, 2023, GUARDADO completed the purchase of Barrett Model M82A1 ending in serial number: 6833. Upon the completion of ATF Form 4473, GUARDADO listed his address as the SALAZAR's address 915 E. 88th STREET, ODESSA, ECTOR COUNTY, TEXAS, 79765. On or about January 2, 2024, GUARDADO completed the purchase of Barrett Model M82A1 ending in serial number: 7212. Upon the completion of ATF Form 4473, GUARDADO listed his address as the SALAZAR's address of 915 E. 88th STREET, ODESSA, ECTOR COUNTY, TEXAS, 79765.

30.     On or about the month of January 2025, your Affiant reviewed phone tolls of MANUEL's current cell phone 432-897-7264. A review of this data revealed that MANUEL is still in contact with SALAZAR's current personal cell phone number of 832-720-1254.

31.     Your Affiant is aware that purchasing a firearm on behalf or at the request or demand of another person is a violation of 18 U.S.C. Section 933(a) – Firearms Trafficking, United States Code Section 922(a)(6) deceiving the FFL as to a fact material to the lawfulness of the sale of the firearm and 18 U.S.C. Section 371- Conspiracy, are being committed by MANUEL.

## FEDERAL CRIMINAL VIOLATION

32.     Beginning on or about September 27, 2023, and continuing through at least on or about February 28, 2024, MANUEL did then and there knowingly and intentionally conspire with SALAZAR, GUARDADO, and other persons known and unknown to commit Firearms Trafficking, Deceive a an FFL as to a material fact to the lawfulness of the sale of a firearm, said offense involving multiple firearms shipped in interstate or foreign commerce to wit:  a Barrett semi-automatic rifle model M82A1 chambered in 50BMG ending in serial number 6670 (manufactured in Tennessee); a Barrett semi-automatic rifle model M82A1 chambered in

50BMG ending in serial number 6833 (manufactured in Tennessee); a Barrett semi-automatic rifle model M82A1 chambered in 50BMG ending in serial number 7212 (manufactured in Tennessee); an Ohio Gunworks belt fed semi-automatic firearm chambered in 50BMG ending in serial number 0549 (manufactured in Ohio); and a Big Kahuna Industries model Raptor upper receiver, bolt action, chambered in 50 BMG ending in serial number 0151 (manufactured in Florida), each firearm being shipped and entered into the state of Texas (with funds provided from within the Western District of Texas) via shipping in interstate and foreign commerce, in violation of Title 18 U.S.C. Section 933(a) – Firearms Trafficking, 18 U.S.C. § 922(a)(6) deceiving the FFL as to a fact material to the lawfulness of the sale of the firearm and 18 U.S.C. § 371- Conspiracy with said offense occurring, at least in part, within the Western District of Texas.

33. If convicted of violating Title 18 U.S.C. § 933(a), the Defendant faces a maximum term of imprisonment of 15 years, a fine not to exceed $250,000, and up to 3 years of supervised release. If convicted of violating Title 18 U.S.C. § 922(a)(6) the Defendant faces a maximum term of imprisonment of 10 years, a fine not to exceed $250,000 and up to 3 years of supervised release. If convicted of violating Title 18 U.S.C. § 371 the Defendant faces a maximum term of imprisonment of 5 years, a fine not to exceed $250,000 and up to a three-year term of supervised release.

34. Assistant United States Attorney Patrick Sloane was notified of this investigation and has agreed to prosecute on behalf of the United States of America.

Respectfully submitted,

Attested to by applicant pursuant to Rule
4.1 of Fed. R. Crim. P. by phone & email.

/s/ Rylie Grizzle

Rylie Grizzle
Special Agent
ATF

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before me on February 11, 2025.

RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE