# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## MIDLAND-ODESSA DIVISION

| United States of America | § | |
|---|---|---|
| | § | |
| vs. | § | NO: MO:25-M -00042(1) |
| | § | |
| (1) Alex Manuel | § | |

## COURT EXHIBITS, Page 1

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1 | PRETRIAL REPORT | 02/19/2025 |